USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the __Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA

V.

Ermin Izaguirre-Estrada

CRIMINAL NUMBER: CR23-00325 CRB

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, __Ermin Izaguirre-Estrada__, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty (Count One only)__ to the offense charged, to consent to the disposition of the case in the _____ District of __Oregon__ in which I, __Ermin Izaguirre-Estrad__, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: __April 3__ 20__25__ at __2:30 pm__

Ermin Izaguirre-Estrada  *Ermin Estrada*
(Defendant)

(Witness)

MARK AHLEMEYER
(Counsel for Defendants)

Michael G. Lagrama
(Assistant United States Attorney)

Approved

United States Attorney for the
__Northern__ District of
__California__

United States Attorney for the
_____ District of
__Oregon__